UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TANYA M. TYO,

    Plaintiff,

vs.                                             Case No. 8:11-CV-2698-T-23MA

INTEGRITY FINANCIAL PARTNERS, INC.,

    Defendant.
_____/

NOTICE OF SETTLEMENT

      Plaintiff, by and through undersigned counsel, hereby files this Notice of Settlement, stating that the parties have reached an agreement in principal with regard to this action and are presently drafting, finalizing, and executing the settlement and dismissal documents. Upon execution of the same, the appropriate documents will be filed with the Court.

                                                Respectfully submitted,

                                                /s/ Joseph B. Battaglia
                                                Joseph B. Battaglia, Fla. Bar No.: 0058199
                                                joe@brandonlawyer.com
                                                THE GOLDEN LAW GROUP
                                                808 Oakfield Drive, Suite A
                                                Brandon, Florida   33511
                                                Telephone: (813) 413-8700
                                                Fax: (813) 413-8701
                                                Attorneys for Plaintiff

CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that, on this 6th day of January 2012, a true and correct copy of the foregoing has been electronically provided to: Stanley R. Fish, Esq., srfish8343@hotmail.com.

                                                /s/ Joseph B. Battaglia
                                                Joseph B. Battaglia, Fla. Bar No.: 0058199