UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TANYA M. TYO,

    Plaintiff,

v.                                                Case No. 8:11-cv-02698

INTEGRITY FINANCIAL
PARTNERS, INC.,

    Defendant.
_____/

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

    COMES NOW, Plaintiff, by and through undersigned counsel, and hereby gives notice of voluntarily discontinuing the above-entitled action, dismissing the Complaint with prejudice.

                                              Respectfully submitted,

                                              /s/ Joseph B. Battaglia
                                              Joseph B. Battaglia, Fla. Bar No.: 0058199
                                              joe@brandonlawyer.com
                                              THE GOLDEN LAW GROUP
                                              808 Oakfield Drive, Suite A
                                              Brandon, Florida 33511
                                              Telephone: (813) 413-8700
                                              Facsimile: (813) 413-8701
                                              Attorney for Plaintiff

### CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that, on this 2nd day of February 2012, a true and correct copy of the foregoing has been provided electronically to: Stanley R. Fish, Esq.

                                              /s/ Joseph B. Battaglia
                                              Joseph B. Battaglia, Fla. Bar No.: 0058199