UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TANYA M. TYO,

    Plaintiff,

v.                                    CASE NO. 8:11-cv-2698-T-23MAP

INTEGRITY FINANCIAL
PARTNERS, INC.,

    Defendant.
_____/

**ORDER**

At the plaintiff's request (Doc. 9), this action is **DISMISSED WITH PREJUDICE**.

ORDERED in Tampa, Florida, on February 3, 2012.

*Steven D. Merryday*
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE